1026

No. 98–7735. THOMAS v. AMERICAN BRAND, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–7736. WENDELL v. SIMPSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–7738. BRADY v. ALASKA ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 98–7742. SPRIK v. WEBER, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–7749. DELBRIDGE v. CITY OF UNION SPRINGS ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–7751. HENDERSON v. HENNEBERRY, DIRECTOR, PATUXENT INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–7760. BANDA v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 98–7761. TRICE v. TOOMBS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–7767. CLARK v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–7768. BERNYS v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–7769. CAGLE v. CHAMPION, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–7778. MARTINEZ v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 98–7791. MOSES-EL v. SIZER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–7796. CONTRERAS v. OREGON. C. A. 9th Cir. Certiorari denied.